Mayfield & Associates - Attorneys at Law
Gayle Mayfield-Venieris, Esq., Bar No. 149296
Michael W. Newcomb, Esq., Bar No. 188321
Melissa L. Bustarde, Esq. Bar. No. 239062
462 Stevens Avenue, Suite 303
Solana Beach, CA 92075-2066
Tel: (858) 793-8090
Fax: (858) 793-8099

FILED
2006 OCT 27  AM 9:59
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

Attorneys for Material Witness: PATRICIA GARCIA-JAIME

## UNITED STATES DISTRICT COURT

## OF THE SOUTHERN DISTRICT OF CALIFORNIA

### DISTRICT JUDGE ROGER T. BENITEZ

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JULIO CESAR HERNANDEZ-GONZALEZ,<br><br>    Defendant. | Criminal Case No.: 06 cr 2089<br>Mag. Docket No.:  06 mg 8694<br>Hon: Roger T. Benitez<br><br>**EXPARTE APPLICATION AND ORDER TO EXONERATE THE APPEARANCE BOND FOR THE MATERIAL WITNESS AND TO DISBURSE THE BOND FUNDS** |

### Ex Parte Application

I, Gayle Mayfield-Venieris, attorney for material witness **Patricia Garcia-Jaime** who has been remanded to the Customs & Border Patrol ("C & BP"), Department of Homeland Security for voluntary departure to her country of origin, submits this ex parte application and order to exonerate the appearance bond securing the attendance of the material witness for this case. On October 10, 2006, the defendant pled guilty in your courtroom. Counsel for the government and defense informs me the presence of the material witness is no longer required.

On behalf of the material witness and the surety who signed the appearance bond for the material witness, I am requesting that the court order the exoneration of the material witness bond.

I affirm the above is true and correct under penalty of perjury under the laws of the United States.

Dated: October 20, 2006

Gayle Mayfield-Venieris,
Attorney for Material Witness
PATRICIA GARCIA-JAIME

Dated: October 24, 2006

Approved as to form:
Carol C. Lam
United States Attorney

William Hall
Assistant U. S. Attorney

## ORDER

**IT IS ORDERED** that the personal surety bond for five thousand dollars ($5,000.00), which secured the presence of material witness **Patricia Garcia-Jaime** exonerated. The deposit of five hundred dollars ($500.00) for the bond be returned to the surety:

**Mr. Vicente Garcia-Jaime**

**91217 Cielo Court**

**Mecca, CA 92254**

Dated: 10/26/06

Roger T. Benitez
U. S. District Judge

MAYFIELD & ASSOCIATES
ATTORNEYS AT LAW
462 STEVENS AVENUE, SUITE 303
SOLANA BEACH, CA 92075-2066